

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Robert Licon, Jr.,                              * From the 358th District Court
                                                  of Ector County
                                                  Trial Court No. D-16-1768-CR.

Vs. No. 11-17-00251-CR                          * January 23, 2020

The State of Texas,                             * Memorandum Opinion by Wright, S.C.J.
                                                  (Panel consists of: Bailey, C.J.,
                                                  Stretcher, J., and Wright, S.C.J., sitting
                                                  by assignment)
                                                  (Willson, J., not participating)

     This court has inspected the record in this cause and concludes that there is no error in the judgment below.  Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.